IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRADLEY SEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:17-cv-00283 |
| STEUBEN COUNTY SHERIFF TIM R. TROYER,) |
| ADAM CRALL, ERIC PATTERSON and | ) |
| JEREMY MUSSER, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

COME NOW Plaintiff and Defendants, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, as to Defendants, Steuben County Sheriff Tim R. Troyer, Adam Crall and Eric Patteron only, for the reason that such claims have been compromised and settled. The claims against Jeremy Musser remain pending.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of these Defendants only in this case, with prejudice, to Plaintiff at Plaintiff's costs.

CHRISTOPHER C. MYERS & ASSOCIATES

By: _____
Christopher C. Myers, #10043-02
809 South Calhoun St., Suite 400
Fort Wayne, IN 46802
Tele: (260) 424-0600
Fax: (260) 424-0712
E-Mail: cymers@myers-law.com
*Attorney for Plaintiff*

BARRETT McNAGNY LLP

By: _____
Robert T. Keen, Jr, #5475-02
215 East Berry Street
P. O. Box 2263
Fort Wayne, Indiana 46801
Tele: (260) 423-9551
Fax: (260) 423-8920
E-Mail: rtk@barrettlaw.com
*Attorney for Steuben County Sheriff
Tim R. Troyer, Adam Crall and
Eric Patterson*

2081007

OFFICE OF THE INDIANA ATTORNEY GENERAL

By: _____

Bryan Findley, #34447-30
Jill E. Esenwein, #34291-20
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Tele: (317) 232-6217
Tele: (317) 234-7019
Fax: (317) 232-7979
E-Mail:  Bryan.Findley@atg.in.gov
         Jill.Esenwein@atg.in.gov
*Attorneys for Jeremey Musser*